165 A.3d 463

**DAVIS, Randy T., Sr.**

v.

**STATE of Maryland**

**Pet. Docket No. 151, Sept. Term 2017**

Court of Appeals of Maryland.

July 28, 2017

Opinion of the Court of Special Appeals unreported (No. 2548, Sept. Term, 2010).

Petition for writ of certiorari dismissed

■

165 A.3d 463

**DOTY**

v.

**BEOR FUND 1**

**Pet. Docket No. 118, Sept. Term 2017**

Court of Appeals of Maryland.

July 28, 2017

Dismissed by the Court of Special Appeals (No. 506, Sept. Term, 2016).

Petition for writ of certiorari dismissed